# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Transource Pennsylvania, LLC, and : 
PPL Electric Utilities Corporation, : 
                Petitioners : 
                 : 
            v. :   No. 689 C.D. 2021 
                 : 
Pennsylvania Public Utility : 
Commission, : 
             Respondent : 

## **PER CURIAM**            **O R D E R**

    **NOW**, July 1, 2022, the Application to Report Unreported Opinion filed by the Pennsylvania Public Utility Commission, to which no response was filed, is **GRANTED**. The above-captioned Memorandum Opinion, filed May 5, 2022, shall be designated OPINION and shall be REPORTED.